PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

RECEIVED
WILLIAM T. WALSH, CLERK

2006 DEC -6  P 4: 08

UNITED STATES

Name of Offender: Erick Wilson                                                      Cr.: 04-787-01

Name of Sentencing Judicial Officer: John C. Lifland, U.S. District Judge

Date of Original Sentence: 02-17-05

RECEIVED IN CHAMBERS

DEC - 5 2007

Original Offense: Assault of a United States Postal Employee, 18 U.S.C. § 111(a)(1)

Original Sentence: 33 months imprisonment; 2 years Supervised Release

Type of Supervision: Supervised Release                          Date Supervision Commenced: 09-01-06

Assistant U.S. Attorney: John Gay, AUSA                          Defense Attorney: Chester Keller, AFPD

### PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>Offender failed to report to the Probation Office on the following dates: September 25, October 5, and on November 2, 2006. |
| 2 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>The offender tested positive for heroin on October 26, 2006. He admitted using heroin during the first week in October and on October 21, 2006. |

3          The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.  It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office.  The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

The offender failed to report to the Integrity House Drug Program on October 30, 2006 and on November 6, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date:  11-02-06

**THE COURT ORDERS:**

[X] The Issuance of a Warrant
[  ] The Issuance of a Summons.  Date of Hearing: _____.
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

Dec 5 2006
_____
Date

✎AO 442    (Rev. 5/93)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

ERICK WILSON

## WARRANT FOR ARREST

Case Number:   Cr 04-787-01

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ERICK WILSON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation     ☐ Probation Violation Petition

charging him or her     (brief description of offense)

See attached petition

in violation of _____ United States Code, Section(s) _____

John G. Basilone
Name of Issuing Officer

Signature of Issuing Officer

Senior Courtroom Deputy
Title of Issuing Officer

12/06/06 Newark, New Jersey
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____